IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAQUELINE DUSHAJ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CAMPBELL'S COMPANY,<br><br>Defendant. | Civil Action No. 7:25-cv-05572-CS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jaqueline Dushaj hereby dismisses her individual claims in this action against Defendant The Campbell's Company ("Defendant") without prejudice and without prejudice as to the putative class.

Dated: September 8, 2025

KAMBERLAW, LLC

By: /s/ *Frederick J. Klorczyk III*
       Frederick J. Klorczyk III

Frederick J. Klorczyk III
305 Broadway, Suite 713
New York, NY 10007
Tel: (646) 964-9604
Fax: (212) 202-6364
Email: fklorczyk@kamberlaw.com

*Attorneys for Plaintiff*