# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAQUELINE DUSHAJ, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE CAMPBELL'S COMPANY,<br><br>　　　　　　Defendant. | Civil Action No. 7:25-cv-05572-CS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jaqueline Dushaj hereby dismisses her individual claims in this action against Defendant The Campbell's Company ("Defendant") with prejudice and without prejudice as to the putative class.

Dated: September 16, 2025　　　　　　KAMBERLAW, LLC

　　　　　　　　　　　　　　　　　　By:　/s/ *Frederick J. Klorczyk III*
　　　　　　　　　　　　　　　　　　　　　Frederick J. Klorczyk III

　　　　　　　　　　　　　　　　　　Frederick J. Klorczyk III
　　　　　　　　　　　　　　　　　　305 Broadway, Suite 713
　　　　　　　　　　　　　　　　　　New York, NY 10007
　　　　　　　　　　　　　　　　　　Tel: (646) 964-9604
　　　　　　　　　　　　　　　　　　Fax: (212) 202-6364
　　　　　　　　　　　　　　　　　　Email: fklorczyk@kamberlaw.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*